UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD BECKER,<br><br>      Plaintiff,<br><br> -against-<br><br>LENOVO GLOBAL TECHNOLOGY (UNITED STATES), INC.<br><br>      Defendant. | 24-CV-7683 (DEH) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The case management plan (ECF 16) requires the parties to make monthly joint updates on the status of discovery. The parties have not filed the update that was due on April 3, 2025. I am sua sponte extending the deadline for the update nunc pro tunc until **5:00 PM** on **April 7, 2025**.

DATED:  New York, New York
      April 4, 2025

                     SO ORDERED.

                     **ROBYN F. TARNOFSKY**
                     United States Magistrate Judge