UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Becker,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br>Lenovo Global Technology (United States) Inc.,<br><br>　　　　　　Defendant. | 24-CV-7683 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A telephonic conference is scheduled for **Thursday, June 5, 2025 at 3:00 p.m.** The parties should be prepared to discuss Plaintiff's letter motion [ECF 24]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 448 640 335#.

DATED:　May 27, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge